AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:22MJ76LDA |
| David Shittu (YOB: 1992) | ) | |
| | ) | |
| | ) | **RECEIVED** |
| | ) | By Dianna Prete at 10:28 am, Oct 07, 2022 |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   David Shittu, (YOB: 1992)                              .
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Interstate Threatening Communications

Date:   October 7, 2022

_____
Issuing officer's signature

City and state:   **Providence RI**

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/7/2022, and the person was arrested on *(date)* 10/12/2022
at *(city and state)* PAWTUCKET, RI

**WARRANT EXECUTED**
U.S. MARSHALS SERVICE

Date: 10/12/2022

OCT 12 2022

_____
District of Rhode Island
*Printed name and title*